"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HERBERT R. BUYAK, JR., | ) Case No. EDCV 07-378 AN |
|---|---|
| Plaintiff, | ) ORDER AFFIRMING DECISION |
| v. | ) OF COMMISSIONER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

After carefully reviewing the Administrative Law Judge's decision against the Administrative Record, the Court finds Plaintiff's contentions relating to the three disputed issues in the Joint Stipulation ("JS")[1] lack merit for reasons set forth in the Commissioner's opposing contentions, which Plaintiff's reply contentions do not refute, and that the Commissioner's final decision is free of legal error and supported by substantial evidence in the record.  IT IS THEREFORE ORDERED that judgment be entered affirming the Commissioner's final decision, and dismissing this action with prejudice.

DATED: June 4, 2008

/s/  ARTHUR NAKAZATO
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to proceed before the undersigned Magistrate Judge. In accordance with the Court's Case Management Order, the parties have filed the JS and seek a dispositive order regarding the disputed issues set forth in the JS.  The Court's decision is based upon the pleadings, the Administrative Record ("AR"), and the JS.